COLEMAN R. CUMMINGS, Appellant, v. FRANK BUSH, Respondent.— Judgment and order reversed, on the law, and a new trial granted, with costs to the appellant to abide the event, on the authority of section 210 of the Civil Practice Act. (*Thompson* v. *Whitmarsh*, 100 N. Y. 35; *Tilyou* v. *Reynolds*, 108 id. 558, 566.) Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Judicial Settlement of Accounts of ORLO EPPS, as Testamentary Trustee under the Last Will, etc., of TRACY M. BLANCHARD, Deceased, by CHARLOTTE EPPS, as Executrix of the Last Will, etc., of Said ORLO EPPS, Deceased. MINNIE A. BLANCHARD, Appellant; FIRST NATIONAL BANK OF WALTON, N. Y., Petitioner, Respondent. CHARLOTTE EPPS, Executrix, Respondent.— Decree modified by surcharging the account of the executrix of the deceased trustee with the sum of $960 instead of $1,600, as determined by the surrogate, and as so modified affirmed, without costs, on the ground that the trustee received $1,600 of principal; that the items of principal which he had paid out prior to January 6, 1926, aggregated $640, leaving in his hands, of principal, $960; and the last payment of January 6, 1926, was not for a purpose directed under the will. The total sum could well have been applied to the support, maintenance and care of the widow under the terms of the trust. If all or any portion of the $960 has in fact been used for her support, care and maintenance application can be made to the surrogate to reopen the proceeding for further proof. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

JOSEPHINE MARRA, Respondent, v. UNITED TRACTION COMPANY, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

ALBERT H. CLARK, Respondent, v. ALBERT E. ROSE and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

M. LOUELLA WAID, by ROY D. WAID, Her Guardian ad Litem, Appellant, v. DALE L. TAYLOR, Respondent.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

CHARLES MOLLER, Respondent, v. NEIL F. RYAN and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

PURE OIL COMPANY, Respondent, v. GARRETT H. HILFRANK, Appellant, and Another.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

DANIEL DE SAIR, Respondent, v. LIBERTY WOOD & COAL CO., INC., Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

WILLIAM ROBINSON, Respondent, v. JOHN S. LAKIN and Another, Appellants. — Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

EDWARD G. CARR, Respondent, v. JESSE F. PADDLEFORD, Appellant.— Order and judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.